

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00405-CV

David **GILLESPIE**,
Appellant

v.

A.L. **HERNDEN** and Frederick R. Zlotoucha,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10278
Honorable Cathleen M. Stryker, Judge Presiding

## CORRECTED ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to December 4, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Kimberly S. Keller                          Richard A. Sparr Jr.
        No. 120                                      Sparr & Geerdes
        Boerne, TX 78006-2805                        1313 NE Loop 410 Ste 100
                                                     San Antonio, TX 78209-1529

        Andrew E. Toscano
        Gene Toscano Inc                             Frederick R. Zlotucha
        846 Culebra Rd Ste 104                       Law Office of Frederick R. Zlotucha
        San Antonio, TX 78201-6244                   222 E Main Plz
                                                     San Antonio, TX 78205-2717